UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JMB Shipping ATB 284, LLC,<br>JMB Shipping ATB 220, LLC,<br>JMB Shipping ATB 205, LLC,<br><br>　　　　　　　　　　Petitioners,<br><br>　-against-<br><br>Unico Marine Services, LLC,<br><br>　　　　　　　　　　Respondent. | Case No. 1:22-mc-00067-PAE |

**AFFIRMATION OF SERVICE**

I, CHRISTOPHER M. SCHAFBUCH, an attorney duly authorized to practice before the Courts of the State of New York and the Southern District of New York, declare under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746, as follows:

1. I am not a party to the action, am over 18 years of age, and reside in the State of New York. I have knowledge of, and am competent to testify to, the matters set forth herein, which are true to the best of my knowledge, information, and belief.

2. On March 7, 2022, I caused the Court's Order of Attachment, dated March 7, 2022 ("Order"), to be sent by email, Federal Express overnight delivery, and U.S. First-Class Mail to Patrick Lennon, Esq., at pfl@lmplaw.net and at Lennon Murphy & Phillips, LLC, 420 Lexington Avenue, Suite 300, New York, NY 10170.

3. On March 7, 2022, I caused the Order to be sent by Federal Express overnight delivery and by legal courier to Respondent Unico Marine Services, LLC c/o CT Corporation System, Respondent's registered agent, at 28 Liberty Street, 42nd Floor, New York, NY 10005.

-2-

Dated: New York, New York
       March 10, 2022

By: _____
    Christopher M. Schafbuch