UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JMB Shipping ATB 284, LLC, <br> JMB Shipping ATB 220, LLC, <br> JMB Shipping ATB 205, LLC, <br><br> Petitioners, <br><br> -against- <br><br> Unico Marine Services, LLC, <br><br> Respondent. | Case No: 1:22-mc-00067-PAE <br><br> [PROPOSED] ORDER |

Petitioners JMB Shipping ATB 284, LLC ("JMB 284"); JMB Shipping ATB 220, LLC ("JMB 220"); and JMB Shipping ATB 205, LLC ("JMB 205," and collectively with JMB 284 and JMB 220, "JMB Shipping"), (1) having petitioned under New York CPLR § 7502(c) and Article 62, as incorporated in Fed. R. Civ. P. 64, for an *ex parte* order of attachment against Respondent Unico Marine Services, LLC in aid of an arbitration pending before the Society of Maritime Arbitrators in New York County; having been granted such an order by this Court on March 7, 2022 ("Order of Attachment"); (2) having moved on March 11, 2022, to confirm the Order of Attachment; and (3) that motion being held in abeyance pending developments in a related case pending in the Eastern District of New York, Case No. 1:21-cv-06830-WFK;

JMB Shipping has now filed a letter request ("Letter") for the Court to confirm that the existing Order of Attachment is effective against Respondent Unico Marine Services, LLC ("Unico Marine")—and will continue to be effective unless and until this Court releases Unico Marine from its obligations—such that Unico Marine may not withdraw any funds from the Eastern District Court's Registry while the Order of Attachment is in place.

Upon consideration of the Letter, it is hereby

**ORDERED** that the Order of Attachment, and all terms and obligations therein, continues to be effective against Unico Marine, and will continue to be effective unless and until this Court releases Unico Marine from its obligations, such that Unico Marine may not withdraw any funds from the Eastern District Court's Registry while the Order of Attachment is in place.  It is further

**ORDERED** that JMB Shipping's Motion to Confirm Order of Attachment, dated March 11, 2022, be **TAKEN OUT OF ABEYANCE**.  It is further

**ORDERED** that Unico Marine file a response, if any, to the Motion to Confirm Order of Attachment no later than April 22, 2022; and that JMB Shipping file any reply no later than April 29, 2022.

**SO ORDERED** this __12th__ day of April, 2022.

_Paul A. Engelmayer_
United States District Judge